UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON, ADC #162451;
AUSTIN HERRIN; and DONALD HAVENS                    PLAINTIFFS

v.                     No. 3:15-cv-380-DPM-JTR

LARRY MILLS, Sheriff, Poinsett County;
and PHILLIS CRAFT, Cook, Poinsett
County Detention Center                              DEFENDANTS

ORDER

Herrin hasn't paid the filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 3. Herrin's claims are therefore dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 January 2016