UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON,
ADC #162451; and
DONALD HAVENS                                                                    PLAINTIFFS

v.                          3:15CV00380 DPM/JTR

LARRY MILLS,
Sheriff of Poinsett County; and
PHILLIS CRAFT, Cook,
Poinsett County Detention Center                                                 DEFENDANTS

### ORDER

Havens has filed a Substituted Complaint *(Doc. 14)* that *does not* contain any of the information specified in the January 13, 2016 Order *(Doc. 12)*. The Court reminds Havens that this case will be dismissed without prejudice if he fails to file, on or before February 15, 2016, an Amended Substituted Complaint containing the specified information.

IT IS THEREFORE ORDERED THAT the Clerk is directed to mail Havens a § 1983 complaint form labeled "Amended Substituted Complaint" and another copy of the January 13, 2016 Order *(Doc. 12)*.

Dated this 29th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE