IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD HAVENS                                                    PLAINTIFF

v.                          No. 3:15-cv-380-DPM-JTR

LARRY MILLS, Sheriff of Poinsett County;
and PHYLLIS CRAFT, Kitchen Supervisor,
Poinsett County Detention Center                                 DEFENDANT

ORDER

1. The Court withdraws the reference.

2. Havens hasn't complied with the Court's 28 September 2016 Order, № 27, and the time to do so has passed. Defendants' motion to dismiss, № 28, is therefore granted. FED. R. CIV. P. 37(b)(2)(A)(v). Havens's substituted complaint and amended complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 October 2016